GEORGE SYKULSKI, A PROF. LAW CORP.
George Sykulski, CSB #041133
gs8558a@gmail.com
Dana Sykulski, CSB #228210
dsykulski@yahoo.com
PO Box 10426
Burbank, California 91510
Telephone: (818) 783-8500
Attorneys for Use Plaintiff FERGUSON ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use and benefit of FERGUSON ENTERPRISES, LLC, a limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>HARPER CONSTRUCTION COMPANY, INC., a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation;<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR RECOVERY ON A MILLER ACT PAYMENT BOND (40 USC §3133)** |

Use Plaintiff complains of Defendants and alleges:

1. This Court has subject matter jurisdiction pursuant to 40 U.S.C.A. Section §3131 (the Miller Act).

2. Venue in this Court is proper pursuant to 40 U.S.C.A. Section §3133(b)(3)(B) as the contract described below was executed and to be performed at China Lake which is within the Eastern District of California.

///

1

COMPLAINT FOR RECOVERY ON A MILLER ACT PAYMENT BOND

3. At all times mentioned in this Complaint, Use Plaintiff, Ferguson Enterprises, LLC ("**Ferguson**") was and now is, a limited liability company authorized to conduct business in the State of California.

4. At all times mentioned in this Complaint, Defendant, Harper Construction Company, Inc. ("**Harper**"), was and now is, a California corporation.

5. At all times mentioned in this Complaint, Defendant, Hartford Fire Insurance Company ("**Hartford**"), was and now is, a corporation authorized by the State of California to engage in the business of acting as a surety on bonds required or authorized by law.

6. Harper was awarded a contract by the United States of America, through the United States Department of Defense, Naval Facilities Engineering Systems Command, more particularly identified and known as Contract No. N6247321D1206 / N624721F4825 for that certain Work of Improvement consisting of the construction of P-1922 Skytop Firing Bays, Naval Air Weapons Station, 3029 Randsbury Wash Road #3029, China Lake, California 93555 (the "**Project**").

7. Harper, as principal, and Hartford, as surety, executed and delivered a Miller Act Payment Bond #72BCSHV6221 (the "**Bond**"), guaranteeing payment to all persons supplying labor and materials in the prosecution of the Project. The Bond was executed and delivered in accordance with an act of the Legislature of the United States of America, dated August 24, 1935, 49 Stat. 793, as amended (40 U.S.C. 270a-270e).

///

///

COMPLAINT FOR RECOVERY ON A MILLER ACT PAYMENT BOND

8. On or about January 6, 2022, Harper entered into a subcontract agreement with Certified Mechanical Systems, Inc. ("**Certified**") pursuant to which Certified agreed to provide and install plumbing and related construction materials to the Project.

9. On February 15, 2023, Certified entered into a contract in writing with Ferguson pursuant to which Certified agreed: (i) to pay reasonable attorneys' fees; (ii) pay interest at the rate of 1.5% per month on any invoice for materials not paid by the 10th of the month following the month of the invoice; and, (iii) that if Certified failed to make any payment when due, Certified's entire account with Ferguson would become immediately due and payable.

10. Between May 10, 2023 and August 9, 2023, Ferguson sold and delivered to Certified plumbing, pipe, and other construction materials (the "**Materials**") with the intent that the Materials would be installed by Certified on the Project.

11. Ferguson's performance conformed to the contract in all respects. The Materials were received and accepted by Certified in accordance with the terms of the contracts.

12. After applying payments and credits against Certified's purchases there is now due and owing from Certified to Ferguson, with respect to the Materials, the principal sum of $48,301.73, plus interest at the rate of 18% per annum from June 10, 2023, plus reasonable attorneys' fees.

13. Within ninety days from the date on which Ferguson furnished the last of the Materials, Ferguson gave written notice to Harper, stating, with substantial accuracy, the amount claimed and the name of the party to whom the Materials were furnished.

COMPLAINT FOR RECOVERY ON A MILLER ACT PAYMENT BOND

The notice was served on Harper by certified return receipt requested mail in an envelope addressed to the Harper. The Defendants have made no payment to Ferguson on account of their obligation under the Bond.

14. A period of 90 days has now elapsed since Ferguson last provided the Materials to Certified for use on the Project.

15. Ferguson last furnished Materials on the Project within the year immediately preceding the date that this complaint was filed.

## PRAYER FOR RELIEF

WHEREFORE, Ferguson prays judgment against each of the Defendants, Harper Construction Company, Inc. and Hartford Fire Insurance Company, jointly and severally, as follows:

1. For the sum of $48,301.73, plus interest at the rate of 1.5 percent per month (18% per annum) from June 10, 2023, to the date of entry of judgment;

2. For reasonable attorneys' fees;

3. For costs of suit; and

4. For such other and further relief as the court deems just and proper.

DATED: November 27, 2023          GEORGE SYKULSKI, A PROFESSIONAL
                                  LAW CORPORATION

                                  By: /s/ Dana Sykulski
                                  Dana Sykulski, CSB #228210
                                  Attorneys for Plaintiff

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES, for the use and benefit of FERGUSON ENTERPRISES, LLC, a limited liability company

**DEFENDANTS**
HARPER CONSTRUCTION COMPANY, INC., a corporation; HARTFORD FIRE INSURANCE COMPANY, a corporation

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  San Diego
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
GEORGE SYKULSKI, A PROF. LAW CORP.
Dana Sykulski, CSB #228210
PO Box 10426, Burbank, CA 91510

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [X] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
40 USC Section 3133 (Miller Act)
Brief description of cause:
Recovery on Miller Act Payment Bond for materials provided by Plaintiff for which payment has not been made.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 48,301.73
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: November 27, 2023
SIGNATURE OF ATTORNEY OF RECORD: Dana Sykulski, CSB #228210  /s/ Dana Sykulski

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE